UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT (    EJ  .S.(A

2016 DEC 21  PM 1: 12

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANTHONY DESOLA,<br><br>            Plaintiff,<br><br>vs.<br><br>FAITH REGIONAL HEALTH SERVICES, and FAITH REGIONAL PHYSICIAN SERVICES, LLC,<br><br>            Defendants. | Case No.  8:15CV449<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>**FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

## *QUI TAM* PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and 31 U.S.C. § 3730(b)(1), *qui tam* plaintiff-relator Anthony DeSola ("Relator"), through his attorneys Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O and Constantine Cannon LLP, hereby notices the voluntary dismissal without prejudice of the Complaint in the above-captioned matter.

Relator filed the Complaint in this action on December 14, 2015.  The Complaint alleges violations of the Federal False Claims Act ("FCA"), 31 U.S.C. §§ 3729 et seq.

The United States recently informed Relator that it plans to decline to intervene in this action.  In these circumstances, Relator elects to voluntarily dismiss the Complaint without prejudice.  Rule 41(a)(1) of the Federal Rules of Civil Procedure provides:

> Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. . . . . Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

1

372807-1

F.R.Civ.P. 41(a)(1).  Relator's Notice of Voluntary Dismissal falls within the terms of the above provision since the defendants have not been served with a copy of the Complaint and have not had to answer or respond to the Complaint.

Counsel for the United States, Christopher Terranova, was notified by Relator's counsel of this voluntary dismissal.  It is our understanding that the Court will be notified in writing of the consent of the United States to this voluntary dismissal, pursuant to 31 U.S.C. § 3730(b)(1), if and when such consent is given.

The dismissal is without prejudice to the Relator or the United States.

Accordingly, upon receipt of the United States' written consent, the Clerk of the Court is requested to enter the dismissal of the Complaint without prejudice.

Respectfully Submitted.

By: /s/ Gerald L. Friedrichsen
    Gerald L. Friedrichsen
    gfriedrichsen@fitzlaw.com
    FITZGERALD, SCHORR, BARMETTLER &
    BRENNAN, P.C., L.L.O
    200 Regency One
    1500 Regency Circle
    Omaha, NE 68114
    Tel: (402) 342-1000

    and

    Timothy P. McCormack
    tmccormack@constantinecannon.com
    Molly B. Knobler
    mknobler@constantinecannon.com
    CONSTANTINE CANNON LLP
    1001 Pennsylvania Ave. NW
    Washington, DC 20004
    Tel: (202) 204-3500

    Attorneys for Plaintiff-Relator

2

372807-1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of December, 2016, I have caused a copy of the

foregoing Notice of Voluntarily Dismissal to be served, via US Mail, postage prepaid on the

following:

> Laurie Kelly, Esq.
> Assistant United States Attorney for the District of Nebraska
> 1620 Dodge St, Suite 1400
> Omaha NE 68102
>
> Christopher Terranova, Esq.
> United States Department of Justice
> Commercial Litigation Branch
> P.O. Box 261, Ben Franklin Station
> Washington, DC 20044

_/s/ Gerald L. Friedrichsen_____
Gerald L. Friedrichsen

372807-1