UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANTHONY DESOLA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>FAITH REGIONAL HEALTH SERVICES, and FAITH REGIONAL PHYSICIAN SERVICES, LLC,<br><br>　　　　　　　　Defendants. | Case No. 8:15CV449<br><br>**FILED UNDER SEAL** |

## ORDER

Upon consideration of *qui tam* plaintiff's NOTICE OF VOLUNTARY DISMISSAL and the United States's Notice of Consent to Dismissal, the Court rules as follows:

IT IS ORDERED THAT

1. The Complaint is dismissed without prejudice.

SO ORDERED, this  21st  day of December, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

372812-1